UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 18-31799-VFP |
|---|---|---|
| | Chapter: | 7 |
| **Moffett, Robert A.** | | |
| **Moffett, Stephanie A.** | Judge: | Vincent F. Papalia |
| **Debtor(s).** | | |

**NOTICE OF PROPOSED ABANDONMENT**

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the Court |
|---|---|
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on January 8, 2019 at 10:00 AM at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 in Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

    **1234 Cameron Ave., Plainfield, NJ 07060**
    $220,000

**Liens on property**:

    $375,889.75

**Amount of equity claimed as exempt:**

    $0.00

Objections must be served on, and requests for additional information directed to:

Rev. 8/1/15

Donald V. Biase, Chapter 7 Trustee

110 Allen Road
Suite 304
Basking Ridge, NJ 07920

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-31799-VFP
Robert A. Moffett                                                       Chapter 7
Stephanie A. Moffett
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Dec 10, 2018
                              Form ID: pdf905          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2018.
db/jdb         Robert A. Moffett,    Stephanie A. Moffett,    1234 Cameron Avenue,    Plainfield, NJ 07060-2922
cr            +AmeriCredit Financial Services, Inc. dba GM Financ,    PO BOX 183853,    Arlington, TX 76096-3853
517905753    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:   AmeriCredit Financial Services, Inc.,    dba GM Financial,
              P O Box 183853,    Arlington, TX 76096)
517849739      Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
517849740     +Aventura Hospital and Medical Center,    Attn: Capio Partners LLC,    PO Box 1378,
              Sherman, TX 75091-1378
517849741     +Bayview Loan Servicing LLC,    Attn: Mattleman Weinroth and Miller PC,    401 Route 70 East,
              Cherry Hill, NJ 08034-2410
517849742     +City of Plainfield Construction Office,    515 Watchung Avenue,    Plainfield, NJ 07060-1720
517849743     +City of Plainfield, NJ, Tax Collector,    Attn: Pellegrino and Feldstein, LLC,
              290 Route 46 West,    Denville, NJ 07834-1239
517849744      Cosmetic Dental Associates,    4917 Stelton Road,    South Plainfield, NJ 07080-1113
517849747      GM Financial,    Attn: Vengroff Williams, Inc.,    PO Box 4155,    Sarasota, FL 34230-4155
517849748     +Hackensack University Medical Center,    Attn: Warren K. Stadtmauer, Esq.,    150 Clove Road,
              Little Falls, NJ 07424-2138
517849752      Midland Funding,    Attn: Pressler, Felt and Warshaw, LLP,    7 Entin Road,
              Parsippany, NJ 07054-5020
517849754      Muhlenberg Medical Center,    Attn: Paula G. Kaplan, Esq.,    PO Box 96,
              Springfield, NJ 07081-0096
517849756     +North Jersey Eye Care,    350 Park Avenue,    Scotch Plains, NJ 07076-1121
517849757     +Plainfield Municipal Utilities Authority,    Sewerage and Solid Waste,    127 Roosevelt Avenue,
              Plainfield, NJ 07060-1331
517849758     +Portfolio Recovery Associates, LLC,    Attn: Forster Garbus and Garbus, Esqs.,
              60 Motor Parkway,    Commack, NY 11725-5710
517849761      Publishers Clearing House,    PO Box 6344,    Harlan, IA 51593-1844
517849763     #+The Gardens Wellness Center,    16565 NE 4th Avenue,    North Miami Beach, FL 33162-3511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 11 2018 00:07:00     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 11 2018 00:06:54     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2018 00:15:44     Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
517849745      E-mail/Text: bankruptcy.bnc@ditech.com Dec 11 2018 00:06:28     Ditech Financial LLC,
              Customer Service Dept,    PO Box 6172,    Rapid City, SD 57709-6172
517849746     +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2018 00:15:44     GE Money Bank,
              170 Election Road,    Draper, UT 84020-6425
517849749      E-mail/Text: masmith@jfkhealth.org Dec 11 2018 00:07:37     JFK Medical Center,
              80 James Street,    Edison, NJ 08820-3938
517849750      E-mail/Text: bankruptcy@sccompanies.com Dec 11 2018 00:05:58     K. Jordan,   PO Box 2809,
              Monroe, WI 53566-8009
517849751      E-mail/Text: bankruptcy@sccompanies.com Dec 11 2018 00:05:58     Masseys,   PO Box 2822,
              Monroe, WI 53566-8022
517849753      E-mail/Text: bankruptcy@sccompanies.com Dec 11 2018 00:08:12     Montgomery Ward,
              1112 7th Avenue,    Monroe, WI 53566-1364
517849755     +E-mail/Text: Jerry.Bogar@conduent.com Dec 11 2018 00:08:11     NJ E-Z Pass,
              Attn: Violations Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
517849759     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2018 00:15:49     PRA Receivables Management,    PO Box 41021,   Norfolk, VA 23541-1021
517849760      E-mail/Text: bankruptcy@pseg.com Dec 11 2018 00:06:05     Public Service Electric and Gas Co,
              Attn: Bankruptcy,    PO Box 790,    Cranford, NJ 07016-0790
517849762      E-mail/Text: newyork.bnc@ssa.gov Dec 11 2018 00:07:26     Social Security Administration,
              Mid-Atlantic Program Service Center,    300 Spring Garden Street,    Philadelphia, PA 19123-2992
517852273     +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2018 00:16:25     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517849764     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 11 2018 00:06:03
              Verizon,    500 Technology Drive,    Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Dec 10, 2018
                              Form ID: pdf905          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2018 at the address(es) listed below:

        Donald V. Biase    dbiase4236@gmail.com,
         dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
        Edward   Brinkmann    on behalf of Debtor Robert A. Moffett ebrinkmann@lsnj.org
        Edward   Brinkmann    on behalf of Joint Debtor Stephanie A. Moffett ebrinkmann@lsnj.org
        Rebecca Ann Solarz    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                    TOTAL: 5