**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert A. Moffett | Social Security number or ITIN  xxx–xx–3307 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Stephanie A. Moffett | Social Security number or ITIN  xxx–xx–1835 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    18–31799–VFP

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert A. Moffett                                Stephanie A. Moffett

2/8/19                                 **By the court:**    Vincent F. Papalia
                                                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                       United States Bankruptcy Court
                            District of New Jersey

In re:                                                        Case No. 18-31799-VFP
Robert A. Moffett                                             Chapter 7
Stephanie A. Moffett
      Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2      Date Rcvd: Feb 08, 2019
                              Form ID: 318             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2019.
db/jdb         Robert A. Moffett,    Stephanie A. Moffett,    1234 Cameron Avenue,    Plainfield, NJ 07060-2922
cr            +AmeriCredit Financial Services, Inc. dba GM Financ,    PO BOX 183853,    Arlington, TX 76096-3853
517849739      Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
517849740     +Aventura Hospital and Medical Center,    Attn: Capio Partners LLC,    PO Box 1378,
                Sherman, TX 75091-1378
517849741     +Bayview Loan Servicing LLC,    Attn: Mattleman Weinroth and Miller PC,    401 Route 70 East,
                Cherry Hill, NJ 08034-2410
517849742     +City of Plainfield Construction Office,    515 Watchung Avenue,    Plainfield, NJ 07060-1720
517849743     +City of Plainfield, NJ, Tax Collector,    Attn: Pellegrino and Feldstein, LLC,
                290 Route 46 West,    Denville, NJ 07834-1239
517849744      Cosmetic Dental Associates,    4917 Stelton Road,    South Plainfield, NJ 07080-1113
517849748     +Hackensack University Medical Center,    Attn: Warren K. Stadtmauer, Esq.,    150 Clove Road,
                Little Falls, NJ 07424-2138
517849752      Midland Funding,    Attn: Pressler, Felt and Warshaw, LLP,    7 Entin Road,
                Parsippany, NJ 07054-5020
517849754      Muhlenberg Medical Center,    Attn: Paula G. Kaplan, Esq.,    PO Box 96,
                Springfield, NJ 07081-0096
517849756     +North Jersey Eye Care,    350 Park Avenue,    Scotch Plains, NJ 07076-1121
517849757     +Plainfield Municipal Utilities Authority,    Sewerage and Solid Waste,    127 Roosevelt Avenue,
                Plainfield, NJ 07060-1331
517849758     +Portfolio Recovery Associates, LLC,    Attn: Forster Garbus and Garbus, Esqs.,
                60 Motor Parkway,    Commack, NY 11725-5710
517849761      Publishers Clearing House,    PO Box 6344,    Harlan, IA 51593-1844

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 09 2019 00:40:44     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 09 2019 00:40:39      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Feb 09 2019 05:03:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                PO BOX 41021,    Norfolk, VA 23541-1021
517905753      EDI: PHINAMERI.COM Feb 09 2019 05:03:00     AmeriCredit Financial Services, Inc.,
                dba GM Financial,    P O Box 183853,    Arlington, TX 76096
517849745      E-mail/Text: bankruptcy.bnc@ditech.com Feb 09 2019 00:40:07      Ditech Financial LLC,
                Customer Service Dept,    PO Box 6172,    Rapid City, SD 57709-6172
517849746     +EDI: RMSC.COM Feb 09 2019 05:03:00      GE Money Bank,    170 Election Road,
                Draper, UT 84020-6425
517849747      EDI: PHINAMERI.COM Feb 09 2019 05:03:00     GM Financial,    Attn: Vengroff Williams, Inc.,
                PO Box 4155,    Sarasota, FL 34230-4155
517849749      E-mail/Text: abachman@rmbcollect.com Feb 09 2019 00:41:38      JFK Medical Center,
                80 James Street,    Edison, NJ 08820-3938
517849750      EDI: CBSMASON Feb 09 2019 05:03:00      K. Jordan,    PO Box 2809,    Monroe, WI 53566-8009
517849751      EDI: CBSMASON Feb 09 2019 05:03:00      Masseys,    PO Box 2822,    Monroe, WI 53566-8022
517849753      EDI: CBS7AVE Feb 09 2019 05:03:00      Montgomery Ward,    1112 7th Avenue,
                Monroe, WI 53566-1364
517849755     +E-mail/Text: Jerry.Bogar@conduent.com Feb 09 2019 00:42:23      NJ E-Z Pass,
                Attn: Violations Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
517849759     +EDI: PRA.COM Feb 09 2019 05:03:00      PRA Receivables Management,    PO Box 41021,
                Norfolk, VA 23541-1021
517849760      E-mail/Text: bankruptcy@pseg.com Feb 09 2019 00:39:12      Public Service Electric and Gas Co,
                Attn: Bankruptcy,    PO Box 790,    Cranford, NJ 07016-0790
517849762      E-mail/Text: newyork.bnc@ssa.gov Feb 09 2019 00:41:17      Social Security Administration,
                Mid-Atlantic Program Service Center,    300 Spring Garden Street,    Philadelphia, PA 19123-2992
517852273     +EDI: RMSC.COM Feb 09 2019 05:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517849764     +EDI: VERIZONCOMB.COM Feb 09 2019 05:03:00      Verizon,    500 Technology Drive,
                Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517849763    ##+The Gardens Wellness Center,   16565 NE 4th Avenue,    North Miami Beach, FL 33162-3511
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Feb 08, 2019
                              Form ID: 318             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2019 at the address(es) listed below:
              Donald V. Biase    dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              Edward   Brinkmann    on behalf of Debtor Robert A. Moffett ebrinkmann@lsnj.org
              Edward   Brinkmann    on behalf of Joint Debtor Stephanie A. Moffett ebrinkmann@lsnj.org
              Rebecca Ann Solarz    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```