Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                  Case No.: 18−31799−VFP
                                                  Chapter: 7
                                                  Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert A. Moffett | Stephanie A. Moffett |
| 1234 Cameron Avenue | 1234 Cameron Avenue |
| Plainfield, NJ 07060−2922 | Plainfield, NJ 07060−2922 |

Social Security No.:
  xxx−xx−3307                                             xxx−xx−1835

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Donald V. Biase is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 14, 2019</u>                 <u>Vincent F. Papalia</u>
                                                  Judge, United States Bankruptcy Court